IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PAMELA J. MANNING                                                                PLAINTIFF

VS.                             CASE NO. 4:09CV831 BSM

UNUM LIFE INSURANCE
COMPANY OF AMERICA                                                           DEFENDANT

## ORDER OF DISMISSAL

Upon joint motion of the parties (Doc. No. 22), this case is hereby dismissed with prejudice. Each party is to bear their own costs and attorneys' fees.

IT IS SO ORDERED this 25th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

/s/ David M. Donovan
David M. Donovan (81184)
Attorney for Defendant
Watts, Donovan & Tilley, P.A.
200 River Market Ave., Ste. 200
Little Rock, AR  72201-1769
(501) 372-1406

/s/ Brandon W. Lacy
Brandon W. Lacy (2003098)
Attorney for Plaintiff
Wilcox, Parker, Hurst,
       Lancaster & Lacy
P.O. Box 1733
Jonesboro, AR  72403-1733
(870) 931-3101